IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00673-LTB-KLM

HARVEY E. POLK, JR.,

    Plaintiff,

v.

YELLOW TRANSPORTATION, INC., an Indiana corporation,

    Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Unopposed Motion to Stay Discovery and Disclosures Pending this Court's Decision on Its Motion to Dismiss Pursuant to F.R.C.P. 12(B)(1) (Doc 6 - filed May 2, 2008) is **GRANTED**.

Dated: May 5, 2008
_____